

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Richard Carl Peppers,                            * From the 70th District
                                                   Court of Ector County,
                                                   Trial Court No. A-42,639.

Vs. No. 11-14-00332-CR                           * December 19, 2014

The State of Texas,                              * Per Curiam Memorandum Opinion
                                                   (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)


    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.